UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD HOBBS,<br><br>         Plaintiff,<br><br>  -against-<br><br>PATRICK LASCO, SR., *et al.*,<br><br>         Defendants. | 20-CV-511 (CM)<br><br>CIVIL JUDGMENT |

  By order issued February 21, 2020, the Court dismissed this action but granted Plaintiff thirty days' leave to replead his claims in an amended complaint. Plaintiff has not filed an amended complaint. Pursuant to the order issued February 21, 2020, dismissing the complaint

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: May 12, 2020
     New York, New York

                            /s/ Colleen McMahon
                          COLLEEN McMAHON
                      Chief United States District Judge